**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **KLAUDIA REJMER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:26-cv-04090-WJE |
| | ) | |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Dan S. Folluo, hereby enters his appearance on behalf of Defendant, The Lincoln National Life Insurance Company.

Respectfully submitted,

By: *<u>/s/ Dan S. Folluo</u>*

Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES HIERONYMUS, JONES, TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; (918) 592-3390 [fax]
*Attorney for Defendant*

## CERTFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 26th day of June 2026 to be served by operation of the Court's electronic filing system upon the following:

Adam J. Olszeski, #MO66126
Email: matt@dodisbilitylaw.com

Matthew R. Davis, #MO58205
Email: matt@dodisbilitylaw.com

*Attorneys for Plaintiff*

*/s/ Dan S. Folluo*
Dan S. Folluo